

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CARLOS GUILLERMO ARCINIEGA-LARIOS,<br><br>           Defendant. | Case No.: 22CR0159-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF 12] in the above-entitled case be dismissed without prejudice

IT IS SO ORDERED AND ADJUDGED.

DATED: 8/30/22

_____
HONORABLE TODD W. ROBINSON
United States District Judge